Debtor's Name: YOSEF HASAN

## Request for 30-Day Temporary Waiver of the Credit Counseling Requirement

*To ask for a 30-day temporary waiver of the credit counseling requirement, you must explain what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.*

I was unaware it needed to be completed. I will complete class as soon as possible

Date: 1/30/19

Debtor's Signature