UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

    YOSEF HASAN,

          Debtor.

Case No. 19-40578-cec
Chapter 13

### NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

Sterling National Bank, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    February 8, 2019
               Latham, New York

                                                           s/Lisa Milas
                                                           Lisa Milas, Esq.
                                                           SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                                           Office and P.O. Address
                                                           950 New Loudon Road
                                                           Suite 109
                                                           Latham, New York 12110
                                                           Phone:  (518) 786-9069
                                                           E-Mail: LMilas@schillerknapp.com

TO:    Yosef Hasan
          165 74 Street
          Brooklyn, NY 11209

          Michael J. Macco, Esq.
          Chapter 13 Trustee
          2950 Express Drive South
          Suite 109
          Islandia, New York  11749

          Office of the United States Trustee
          Eastern District of New York
          U.S. Federal Office Building
          201 Varick Street, Suite 1006
          New York, New York  10014